```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 64025
   BRIEN T OAKLEY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-3221


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 12/16/2005 and was confirmed 03/13/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors   67.00%.

      The case was dismissed after confirmation 08/06/2007.
--------------------------------------------------------------------------------
  CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
  RESURGENT CAPITAL SERVIC UNSECURED         2444.98          .00            377.04
  B-REAL LLC               UNSECURED        34121.46          .00           5411.41
  CHASE BANK USA NA        UNSECURED         1698.26          .00            261.88
  ECAST SETTLEMENT CORP    UNSECURED          940.00          .00            134.28
  ECAST SETTLEMENT CORP    UNSECURED         3809.38          .00            604.14
  ECAST SETTLEMENT CORP    UNSECURED         2153.65          .00            332.10
  VALUE CITY BENEFICIAL NA UNSECURED        NOT FILED         .00              .00
  TARGET NATIONAL BANK     UNSECURED         7381.26          .00           1170.62
  WORLD FINANCIAL CAPITAL  UNSECURED         3037.24          .00            468.33
  CHASE BANK USA NA        SECURED NOT I      910.45          .00              .00
  ECAST SETTLEMENT CORP    UNSECURED         1563.27          .00            241.07
  CITIZENS BANK            SECURED NOT I        .00           .00              .00
  ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,400.20                       2,400.20
  TOM VAUGHN               TRUSTEE                                           621.65
  DEBTOR REFUND            REFUND                                             66.79

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
  TRUSTEE              12,089.51

  PRIORITY                                        .00
  SECURED                                         .00
  UNSECURED                                  9,000.87
  ADMINISTRATIVE                             2,400.20
  TRUSTEE COMPENSATION                         621.65
  DEBTOR REFUND                                 66.79
                       --------------      --------------
  TOTALS               12,089.51             12,089.51
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 64025 BRIEN T OAKLEY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/03/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```